B5 (Official Form 5) (12/07)

# United States Bankruptcy Court
### District of Delaware

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Luxeyard, Inc. | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 30-0473898

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 4063 Glencoe Avenue, Suite A<br>Marina Del Rey, CA 90292<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles<br>ZIP CODE 90292 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

### VENUE
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| LY Retail LLC | 13-17237 | 3/20/13 |
| Relationship | District | Judge |
| Affiliate | Central District of CA (Los Angeles) | Russell |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

American LegalNet, Inc.
www.FormsWorkflow.com

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

| | |
|---|---|
| x /s/ Jonathan Friedander, Authorized Signatory<br>Signature of Petitioner or Representative (State title) | x [signature]    9/19/14<br>Signature of Attorney    Date |
| Equity Highrise, Inc.    9/19/14<br>Name of Petitioner    Date Signed | Greenberg Traurig, LLP<br>Name of Attorney Firm (If any)<br>1007 N Orange St., Ste 1200<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>5348 Vegas Drive, #761, Las Vegas NV 89108 | Address<br>302-661-7000<br>Telephone No. |
| x /s/ Scott Gann, Authorized Signatory<br>Signature of Petitioner or Representative (State title) | x [signature]    9/19/14<br>Signature of Attorney    Date |
| Sun Bear, LLC    9/19/14<br>Name of Petitioner    Date Signed | Greenberg Traurig, LLP<br>Name of Attorney Firm (If any)<br>1007 N Orange St., Ste 1200<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>5220 Spring Valley, Ste 195 Dallas TX 75254 | Address<br>302-661-7000<br>Telephone No. |
| x /s/ Scott Gann, Authorized Signatory<br>Signature of Petitioner or Representative (State title) | x [signature]    9/19/14<br>Signature of Attorney    Date |
| Lee Bear I, LLC    9/19/14<br>Name of Petitioner    Date Signed | Greenberg Traruig, LLP<br>Name of Attorney Firm (If any)<br>1007 N Orange St, Ste 1200<br>Wilmington DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>402 Appelrouth, Suite 1C Key West FL 33040 | Address<br>302-661-7000<br>Telephone No. |
| x /s/ Kevan Casey, Authorized Signatory<br>Signature of Petitioner or Representative (State title) | x [signature]    9/19/14<br>Signature of Attorney    Date |
| Jinsun, LLC    9/19/14<br>Name of Petitioner    Date Signed | Greenberg Traruig, LLP<br>Name of Attorney Firm (If any)<br>1007 N Orange St, Ste 1200<br>Wilmington DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>9337b Katy Freeway, #296 Houston TX 77024 | Address<br>302-661-7000<br>Telephone No. |

American LegalNet, Inc.
www.FormsWorkflow.com

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Equity Highrise, Inc.<br>5348 Vegas Dr, #761<br>Las Vegas NV 89108 | Nature of Claim<br>Money due pursuant to debenture | Amount of Claim<br>$100,000.00* |
| Name and Address of Petitioner<br>Sun Bear, LLC<br>5220 Spring Valley, Ste 195<br>Dallas TX 75254 | Nature of Claim<br>Money due pursuant to debenture | Amount of Claim<br>$100,000.00* |
| Name and Address of Petitioner<br>Lee Bear I, LLC<br>402 Appelrouth, Suite 1C<br>Key West FL 33040 | Nature of Claim<br>Money due pursuant to debenture | Amount of Claim<br>$100,000.00* |
| Name and Address of Petitioner<br>Jinsun, LLC<br>9337b Katy Freeway, #296<br>Houston TX 77024 | Nature of Claim<br>Money due pursuant to debenture | Amount of Claim<br>$220,000.00* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br><br>Not less than $520,000.00* |

_____ continuation sheets attached

*Plus applicable interests, costs, fees and other charges under applicable documents.

American LegalNet, Inc.
www.FormsWorkflow.com